**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OTIS McDONALD, ADAM ORLOV, | ) | |
| COLLEEN LAWSON, DAVID LAWSON, | ) | |
| SECOND AMENDMENT FOUNDATION, INC., | ) | |
| and ILLINOIS STATE RIFLE ASSOCIATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 CV 3645 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO and | ) | |
| MAYOR RICHARD M. DALEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**LR 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Plaintiff, Second Amendment Foundation, Inc., a non-profit corporation, hereby states that it has no publicly held affiliates.

Respectfully submitted,

Alan Gura                                     David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC                        Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405             Corporate West I
Alexandria, VA 22314                          4300 Commerce Court, Suite 300-3
703.835.9085/Fax 703.997.7665                 Lisle, IL 60532
*Pro Hac Vice* Application Pending            630.452.4547/Fax 630.596.4445


By: ___/s/David G. Sigale_____
       David G. Sigale

Attorneys for Plaintiffs

1