IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, ADAM ORLOV, COLLEEN LAWSON, DAVID LAWSON, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF CHICAGO and MAYOR RICHARD M. DALEY, <br><br>Defendants. | ) ) ) ) ) ) ) ) No. 08 CV 3645 ) ) ) ) ) ) ) |

## LR 3.2 NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Plaintiff, Illinois State Rifle Association, a non-profit corporation, hereby states that it has no publicly held affiliates.

                                          Respectfully submitted,

| | |
|---|---|
| Alan Gura | David G. Sigale (Atty. ID# 6238103) |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street, Suite 405 | Corporate West I |
| Alexandria, VA 22314 | 4300 Commerce Court, Suite 300-3 |
| 703.835.9085/Fax 703.997.7665 | Lisle, IL 60532 |
| *Pro Hac Vice* Application Pending | 630.452.4547/Fax 630.596.4445 |

                                          By: ___/s/David G. Sigale_____
                                               David G. Sigale

                                        Attorneys for Plaintiffs