IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OTIS McDONALD, ADAM ORLOV, COLLEEN LAWSON, DAVID LAWSON, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) ) ) ) | 08 CV 3645 |
| Plaintiffs, | ) ) | JUDGE SHADUR |
| v. | ) ) ) | MAGISTRATE JUDGE SCHENKIER |
| CITY OF CHICAGO and MAYOR RICHARD M. DALEY, | ) ) ) ) | |
| Defendants. | ) | |

TO:  Counsel on attached service list

**PLEASE TAKE NOTICE** that on July 25, 2008, at 9:15 a.m., the undersigned shall appear before Judge Shadur, or any judge sitting in his stead, in Room 2303 of 219 S. Dearborn, Chicago, Illinois, and then and there present **Defendant City of Chicago's Motion to Reassign Case as Related**, a copy of which is being served upon you.

Dated: July 22, 2008.

Respectfully submitted,

Mara S. Georges, Corporation Counsel for
  the City of Chicago

By:   /s/ Andrew Worseck
Assistant Corporation Counsel

Michael A. Forti
Deputy Corporation Counsel
Mardell Nereim
Chief Assistant Corporation Counsel
Andrew W. Worseck
Assistant Corporation Counsel
William Macy Aguiar
Assistant Corporation Counsel
City of Chicago Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle Street, Suite 1230
Chicago, IL 60602
312-744-9010

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record for the City of Chicago, hereby certifies that on July 22, 2008, he served a copy of the above **Notice of Motion**, the **Defendant City of Chicago's Motion to Reassign Case as Related**, and this certificate of service, on:

David G. Sigale
Law Firm of David G. Sigale, P.C.
Corporate West 1
4300 Commerce Court, Suite 300-3
Lisle, IL  60532

by electronic means pursuant to Electronic Case Filing (ECF), and on:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA  22314
Fax: 703-997-7665

Stephen A. Kolodziej (Counsel for Plaintiffs in <u>NRA v. Chicago</u>, No. 08 CV 3697, N.D. Ill.)
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, IL 60602
Fax: 312-781-9202

Stephen P. Halbrook (Counsel for Plaintiffs in <u>NRA v. Chicago</u>, No. 08 CV 3697, N.D. Ill.)
10560 Main Street, Suite 404
Fairfax, VA 22030
Fax: 703-359-0938

by facsimile and by first class United States Mail, postage pre-paid, by placing them in the United States Mail box at 30 North LaSalle Street, Chicago, Illinois 60602.

<u>/s/ Andrew Worseck</u>