IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OTIS McDONALD, ADAM ORLOV, COLLEEN LAWSON, DAVID LAWSON, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) ) ) ) | Hon. Milton I. Shadur Mag. Sidney I. Schenkier |
| Plaintiffs, | ) ) | 08-C-3645 |
| v. | ) ) | |
| CITY OF CHICAGO and MAYOR RICHARD M. DALEY, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   (See attached service list)

**PLEASE TAKE NOTICE** that on Tuesday, July 29, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton S. Shadur, or any judge sitting in his stead, in Courtroom 2303, the court room usually occupied by him, at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and then and there shall present the Village of Oak Park's MOTION FOR REASSIGNMENT, a copy of which is attached hereto and served upon you.

       /s/ Jacob Karaca
       One of Defendant's Attorneys

Lance C. Malina
Jacob Karaca
Klein, Thorpe and Jenkins, Ltd.
20 N. Wacker Dr., Suite 1660
Chicago, IL 60606-2903
312-984-6400

iManage:217076_1

**CERTIFICATE OF SERVICE**

    I, Jacob Karaca, an attorney, certify that I caused a copy of this Notice, and the attachment(s) described therein to be served upon the above named party(ies), via electronic filing and/or U.S. Mail as specified below, pursuant to the local rules of the Northern District of Illinois, at or before 5:00 p.m., on July 23, 2008:

*Via electronic mail filing:*

David G. Sigale
Law Firm of David G. Sigale, P.C.
Corporate West 1
4300 Commerce Court, Suite 300-3
Lisle, Illinois 60532

*Via U.S. Mail and Facsimile:*

Alan Gura
Gura & Possessky, PLLC
101 North Columbus Street, Suite 405
Alexandria, VA 22314
Fax: 703-997-7665

Stephen A. Kolodziej (Counsel for Plaintiffs in *NRA v. Chicago*, No. 08-cv-3697)
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
Fax: 312-781-9202

Stephen P. Halbrook (Counsel for Plaintiffs in *NRA v. Chicago*, No. 08-cv-3697 and *NRA v. Oak Park*, No. 08-cv-3696)
10560 Main Street, Suite 404
Fairfax, VA 22030
Fax: 703-359-0938

William Nicholas Howard (Counsel for Plaintiffs in *NRA v. Oak Park*, No. 08-cv-3696)
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Fax: 312-360-6996

Michael A. Forti (Counsel for Defendants in *NRA v. Chicago*, No. 08-cv-3697)
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
City of Chicago Department of Law
30 N. LaSalle Street, Suite 1230
Chicago, Illinois 60602
Fax: 312-742-3925

                                                                                     /s/ Jacob Karaca