# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Otis McDonald, et al.
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−03645
                                                           Honorable Milton I. Shadur

City of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to reassign case [24] is granted; Motion hearing held on 7/29/2008 regarding motion to reassign case[24]. Status hearing set for 9/26/2008 at 09:00 AM. The August 22 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.