# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS MCDONALD, ADAM ORLOV, COLLEEN LAWSON, DAVID LAWSON, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, and MAYOR RICHARD M. DALEY,<br><br>Defendants. | Honorable Milton I. Shadur<br><br>Case No. 08-C-3645 |

## DECLARATION OF WILLIAM N. HOWARD

I, William N. Howard, under penalty of perjury, hereby declare that the following statements are true and correct based on my personal knowledge:

1. I am an attorney licensed to practice in the State of Illinois and before this Court.

2. I am a partner with the law firm of Freeborn & Peters LLP, 311 S. Wacker Drive, Suite 3000, Chicago, Illinois 60606. I am counsel of record for Plaintiffs in *NRA v. Oak Park*, No. 08-cv-3696.

3. I did not receive notice that the Village of Oak Park would be presenting its Motion for Reassignment on Tuesday, July 29, 2008 prior to the Motion being heard, nor did I receive a copy of the Motion.

4. I received a copy, via U.S. Mail, of the Notice of Motion and Motion this morning, July 29, 2008, at approximately 11:00 a.m., and after the 9:15 motion call. I did

not receive a faxed copy of the Notice of Motion. Because I am not counsel of record in, nor are my clients parties to, *McDonald v. City of Chicago*, 08-c-2645, I did not receive an ecf copy of the Notice of Motion.

5. Had I received timely notice of the Motion for Reassignment, I would have appeared before the Court at the motion call this morning to request a briefing schedule due to the fact that my clients, the Plaintiffs in *NRA v. Oak Park*, oppose the Motion for Reassignment.

_____
William N. Howard

Dated: July 29, 2008