IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS MCDONALD, ADAM ORLOV, COLLEEN LAWSON, DAVID LAWSON, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, and MAYOR RICHARD M. DALEY,<br><br>      Defendants. | Honorable Milton I. Shadur<br><br>Case No. 08-CV-3645 |

**NOTICE OF MOTION**

David G. Sigale
Law Firm of David G. Sigale, P.C.
Corporate West 1
4300 Commerce Court, Suite 300-3
Lisle, Illinois 60532

Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street
Suite 300
Chicago, Illinois 60602

Lance C. Malina
Jacob Karaca
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606

Alan Gura
Gura & Possessky, PLLC
101 North Columbus Street
Suite 405
Alexandria, Virginia 22314

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
City of Chicago Department of Law
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on August 1, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear in Courtroom 2303, at the Dirksen Federal Building, 219

South Dearborn Street, Chicago, Illinois, before the Honorable Milton I. Shadur, or any other judge sitting in his stead, and then and there present the attached Motion to Vacate and Set Briefing Schedule, a copy of which is attached and hereby served upon you.

Dated: July 29, 2008

Respectfully submitted,

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER, and DR. GENE A. REISINGER

By: ___s/ William N. Howard___

Local Counsel:

William N. Howard, Esq.
Daniel S. Dooley
**FREEBORN & PETERS LLP**
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6534

Stephen P. Halbrook, Esq.
10560 Main St., Suite 404
Fairfax, Virginia 22030
(703) 352-7276
(*Pro Hac Vice* pending)