IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, ADAM ORLOV, ) <br> COLLEEN LAWSON, DAVID LAWSON, ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> and ILLINOIS STATE RIFLE ASSOCIATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO and ) <br> MAYOR RICHARD M. DALEY, ) <br> ) <br> Defendants. ) <br> ) | No. 08 CV 3645 |

**NOTICE OF MOTION**

TO:   All Counsel of Record
      The Honorable Milton I. Shadur

You are hereby notified that on the 4th day of August, 2008 at 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton I. Shadur, or any Judge sitting in his stead, in Courtroom 2303 of the Everett McKinley Dirksen Building 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' <u>FRCP Rule 12(f)(2) Motion to Strike City of Chicago's Answer to Plaintiffs' Complaint</u>, a copy of which is attached.

                                    /s/ David G. Sigale
                                    Attorney for Plaintiffs

## **CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

    1.    On July 30, 2008, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

    2.    Pursuant to FRCP 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


                                          /s/ David G. Sigale
                                          Attorney for Plaintiffs


David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
(630) 452-4547
dsigale@sigalelaw.com