# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| OTIS McDONALD, et al., | ) | Case No. 08-CV-3645 |
| | ) | |
| Plaintiffs, | ) | **MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Plaintiffs, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and move this Honorable Court pursuant to Fed. R. Civ. P. 56 for entry of summary judgment in their favor and against defendant City of Chicago, granting them injunctive and declaratory relief in accordance with Plaintiffs' Complaint.

Dated: July 31, 2008

Respectfully submitted,

Alan Gura (admitted pro hac vice)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

David G. Sigale (Atty. ID# 6238103)
Law Firm of David G. Sigale, P.C.
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
630.452.4547/Fax 630.596.4445

By:    /s/ Alan Gura/
    Alan Gura

By:    /s/ David G. Sigale/
    David G. Sigale

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on July 31, 2008, he served a copy of the above **Motion for Summary Judgment**, **supporting Separate Statement, Exhibits, and Declarations,** and this certificate of service, on:

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
City of Chicago Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle Street, Suite 1230
Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF). Pursuant to FRCP 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

The undersigned also effect service of the foregoing on:

Stephen A. Kolodziej (Counsel for Plaintiffs in *NRA* v. *City of Chicago*, No. 08-3697)
Brenner, Ford, Monroe & Scott
33 N. Dearborn Street, Suite 300
Chicago, IL 60602
Fax: 312-781-9202

Stephen Halbrook (Counsel for Plaintiffs in *NRA* v. *City of Chicago*, No. 08-3697)
10560 Main Street, Suite 404
Fairfax, VA 22030
Fax: 703-359-0938

by facsimile and by first class United States Mail, postage pre-paid.

_____/s/David G. Sigale_____