IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OTIS McDONALD, et al., | ) | Case No. 08-CV-3645 |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF MOTION** |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF MOTION

### TO COUNSEL ON ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on August 4, 2008, the undersigned shall appear before Judge Shadur, or any judge sitting in his stead in Room 2303 of 219 S. Dearborn Avenue, Chicago, Illinois, and then and there present the **Motion for Summary Judgment by Plaintiffs Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc., and Illinois State Rifle Association**, a copy of which is being served upon you.

Dated: July 31, 2008                             Respectfully submitted,

Alan Gura (admitted pro hac vice)                David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC                           Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405                4300 Commerce Court, Suite 300-3
Alexandria, VA 22314                             Lisle, IL 60532
703.835.9085/Fax 703.997.7665                    630.452.4547/Fax 630.596.4445

By:   /s/ Alan Gura/                        By:   /s/ David G. Sigale/
      Alan Gura                                   David G. Sigale

                                                 Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record for the plaintiffs, hereby certifies that on July 31, 2008, he served a copy of the above **Notice of Motion for Summary Judgment**, and this certificate of service, on:

    Michael A. Forti
    Mardell Nereim
    Andrew W. Worseck
    William Macy Aguiar
    City of Chicago Department of Law
    Constitutional and Commercial Litigation Division
    30 N. LaSalle Street, Suite 1230
    Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF). Pursuant to FRCP 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

      The undersigned also effect service of the foregoing on:

    Stephen A. Kolodziej (Counsel for Plaintiffs in *NRA* v. *City of Chicago*, No. 08-3697)
    Brenner, Ford, Monroe & Scott
    33 N. Dearborn Street, Suite 300
    Chicago, IL 60602
    Fax: 312-781-9202

    Stephen Halbrook (Counsel for Plaintiffs in *NRA* v. *City of Chicago*, No. 08-3697)
    10560 Main Street, Suite 404
    Fairfax, VA 22030
    Fax: 703-359-0938

by facsimile and by first class United States Mail, postage pre-paid.

                                _____/s/David G. Sigale_____