


Chicago Police Department
**CLEAR**

Home | Print | Logout |

Firearm Registration

Home » Firearm Registration



Name: MCDONALD, OTIS

1. Applicant Information ▸ 2. Firearms ▸ 3. Review

[ Save ]   [ Done ]

Steps: 2. Firearms

## Firearms

| | Registration No | Serial No | Firearm Make | Firearm Model | Firearm Type | Caliber | Barrel length | Registration Status |
|---|---|---|---|---|---|---|---|---|
| Edit | 171187 | N529976V | REMINGTON ARMS CO. | 1100 | SHOTGUN | 12 | 300 | EXPIRED ~~STOLEN~~ *Jessie W Jones Posted Aug 8th 04* |
| Edit | D007319L | 1914545 | REMINGTON ARMS CO. | 552 | RIFLE | 22 | 23 | DENIED-MISCELLANEOUS DENIALS ✓ |
| Edit | D007321S | 70825 | SPANISH MILITARY | UNKNOWN | PISTOL | 32 | 5 | DENIED-NO FIREARM SOLD OR TRANSFERRED WITHI ✓ |
| Edit | D007685L | C74057 | BERETTA USA CORP | 950 | PISTOL | 22 | 9 | DENIED-NO HAND GUNS REGISTERED ✓ |
| Edit | R007358L | N771385 | WINCHESTER | 1400 | SHOTGUN | 20 | 27 | NEW REGISTRATION *12 JUN. 2008* |

row(s) 1 - 5 of 5