**City of Chicago / Department of Police**
Gun Registration Program
3510 S. Michigan Avenue, Room 1027
Chicago, Illinois 60653
(312) 745-5164



Richard M. Daley, Mayor
Jody P. Weis, Superintendent of Police

May 6, 2008

Mr. ADAM ORLOV

Chicago, IL

Dear Mr. ADAM ORLOV:

A review of your application and the records maintained by the Chicago Police Department indicate that you are ineligible to register the below referenced firearm. Pursuant to Chapter 8-20 of the Municipal Code of the City of Chicago, your firearm registration(s) are denied for the following reason:

---- Firearm cannot be registered pursuant to Municipal Code Section 8-20-050. Hanguns cannot be registered.

---- A registration certificate was not obtained prior to the applicant taking possession of the firearm in violation of 8-20-090. (filing time)

The following firearm(s) are affected by this notification:

| Registration Number | Make/Manufacturer | Model | Serial Number |
|---|---|---|---|
| D007411S | S.I.G. (Swiss Industriel Gesellshaft),Sig-Arms,Sig-Sauer | P220 | G247678 |

Pursuant to the Municipal Code Section 8-20-130, you may file a written request for hearing before the Mayor's License Commission. This request for hearing must be made in writing or by fax within 10 days after receipt of this notice. The request should be sent to:

> Municipal Division Chief
> Department of Administration Hearings
> Municipal Hearings Division
> 740 N. Sedgwick, 2nd Floor
> Chicago, IL 60610

The request can be faxed to (312) 742-8248

If you do not appeal this denial, you are directed to do one of the following: 1) peaceably surrender to the Chicago Police Department the firearm for which you were denied registration, or 2) remove your unregistered firearm(s) from the City of Chicago corporate limits within 10 days fo receiving this notification or within 3 days after notification of an unfavorable decision by the Mayor's License Commission, or 3) otherwise lawfully dispose of your interest in such firearm(s).

If the subject firearm has already been sold or transferred, complete the enclosed Firearm Dispositon Form(CPD-31.610) and mail the hard copy directly to the Gun Registration Program. If you are surrendering a firearm, you should call "911" and a police officer will pick up the weapon. The police officer will send the form to the Gun Registration Program. You Should retain the top copy of this form for your records.

Gun Registration Program
Chicago Police Department