

**Card 1 (R004100L):**
- A FIREARMS REGISTRATION — CITY OF CHICAGO / DEPARTMENT OF POLICE
- DATE REGISTERED: AUG 21 2007
- FIREARM SERIAL NO.: 4677
- MAKE/MANUFACTURER: TTN
- MODEL: MODEL 1878 COACH
- FIREARM TYPE: ☒ 3. SHOTGUN
- CALIBER/GAUGE: 12ga.
- BARREL LENGTH: 20"
- MAGAZINE CAPACITY: 2
- FINISH: ☒ 2. BLACK
- NAME OF APPLICANT: LAWSON, DAVID W
- STATE: IL
- CITY: CHICAGO, IL
- ☒ MALE
- ☒ U.S. CITIZEN
- RACE CODE: 2
- ARE YOU A PEACE OFFICER? ☒ NO

**Card 2 (R004101L):**
- A FIREARMS REGISTRATION — CITY OF CHICAGO / DEPARTMENT OF POLICE
- DATE REGISTERED: AUG 21 2007
- FIREARM SERIAL NO.: 9130084309
- MAKE/MANUFACTURER: MOSIN NAGANT
- MODEL: M91/30
- FIREARM TYPE: ☒ 2. RIFLE
- CALIBER/GAUGE: 7.62mm
- BARREL LENGTH: 28.75 in
- MAGAZINE CAPACITY: 5
- FINISH: ☒ 1. BLUE
- NAME OF APPLICANT: LAWSON, DAVID W
- STATE: IL
- CITY: CHICAGO IL
- ☒ MALE
- RACE CODE: 2
- ARE YOU A PEACE OFFICER? ☒ NO

| A  FIREARMS REGISTRATION<br>CITY OF CHICAGO/ DEPARTMENT OF POLICE | ☐ NEW<br>☐ RENEWAL | ☐ TRANSFER<br>☐ AMENDMENT | DATE REGISTERED<br>DAY  MONTH  YEAR | REGISTRATION NO.<br>R003169L |
|---|---|---|---|---|
| FIREARM SERIAL NO.<br>750304 | MAKE/MANUFACTURER<br>SCHMIDT RUBIN | (1931) MODEL<br>1931 | MAY 0 3 2007 | DO NOT WRITE ABOVE DOUBLE LINES |

| FIREARM TYPE<br>☐ 1. REVOLVER<br>☒ 2. RIFLE<br>☐ 3. SHOTGUN | ☐ 4. SEMI-AUTOMATIC PISTOL<br>☐ 5. OTHER (Describe) | IS THE FIREARM<br>☐ INOPERABLE | ☐ MODIFIED | CALIBER/GAUGE<br>7.5mm | PREVIOUS CHICAGO GUN REGISTRATION NO. |
|---|---|---|---|---|---|
| MAGAZINE CAPACITY  6 | | BARREL LENGTH<br>24" | FINISH<br>☐ 1. BLUE  ☐ 4. NICKEL<br>☒ 2. BLACK  ☐ 5. STAINLESS<br>☐ 3. CHROME ☐ 6. TWO TONE | | |
| II. FIREARM OWNER I.D. NO. | SOCIAL SECURITY NO. | | | | |

| NAME OF APPLICANT (LAST - FIRST- M.I.)<br>LAWSON, DAVID, W | | DRIVERS LICENSE NO. - | STATE<br>IL |
|---|---|---|---|
| HOME ADDRESS (STREET) | CITY - STATE - ZIP CODE<br>CHICAGO, IL | | HOME PHONE |
| APPLICANT'S BUSINESS ADDRESS | BUSINESS PHONE | DATE OF BIRTH | ☒ MALE  ☐ FEMALE<br>☐ ORGANIZATION |
| ☒ U.S. CITIZEN  ☐ OTHER (Specify) | RACE CODE (CIRCLE ONE)<br>1 ② 3 4 5 6<br>7 (Describe Other Below)<br>See reverse side for race codes. | | ARE YOU A PEACE OFFICER?<br>☐ YES  ☒ NO<br>If yes, see instruction No. 6 on reverse side. |
| APPLICANT'S SIGNATURE<br>X | DATE | | CPD-31.562 (Rev. 9/05) |

## Firearm Registration 1

- **A FIREARMS REGISTRATION** — CITY OF CHICAGO/ DEPARTMENT OF POLICE
- NEW / ☒ RENEWAL / TRANSFER / AMENDMENT
- DATE REGISTERED: JAN 17 2006
- REGISTRATION NO.: R006639L
- FIREARM SERIAL NO.: A2515
- MAKE/MANUFACTURER: MAUSER
- MODEL: M48
- FIREARM TYPE: ☒ 2. RIFLE
- IS THE FIREARM: (not modified, not inoperable)
- CALIBER/GAUGE: 8mm
- BARREL LENGTH: 23.6"
- FINISH: ☒ 1. BLUE
- MAGAZINE CAPACITY: 5
- NAME OF APPLICANT: LAWSON, DAVID, W
- CITY - STATE - ZIP CODE: CHICAGO IL
- ☒ MALE
- ☒ U.S. CITIZEN
- RACE CODE: 2
- ARE YOU A PEACE OFFICER? ☒ NO
- CPD-31.562 (Rev. 9/05)

## Firearm Registration 2

- **A FIREARMS REGISTRATION** — CITY OF CHICAGO/ DEPARTMENT OF POLICE
- ☒ NEW / RENEWAL / TRANSFER / AMENDMENT
- DATE REGISTERED: SEP 25 2007
- REGISTRATION NO.: R004575L
- FIREARM SERIAL NO.: 350-80222
- MAKE/MANUFACTURER: RUGER
- MODEL: 10/22
- FIREARM TYPE: ☒ 2. RIFLE
- CALIBER/GAUGE: .22
- PREVIOUS CHICAGO GUN REGISTRATION NO.: R004575L
- BARREL LENGTH: 20"
- FINISH: ☒ 5. STAINLESS
- MAGAZINE CAPACITY: 10
- NAME OF APPLICANT: LAWSON DAVID W
- CITY - STATE - ZIP CODE: CHICAGO IL
- ☒ MALE
- ☒ U.S. CITIZEN
- RACE CODE: 2
- ARE YOU A PEACE OFFICER? ☒ NO
- CPD-31.562 (Rev. 9/05)

| Field | Value |
|---|---|
| A. FIREARMS REGISTRATION — CITY OF CHICAGO / DEPARTMENT OF POLICE | ☒ NEW ☐ RENEWAL ☐ TRANSFER ☐ AMENDMENT |
| DATE REGISTERED | JAN 17 2008 |
| REGISTRATION NO. | R006638L |
| FIREARM SERIAL NO. | 245523 |
| MAKE/MANUFACTURER | MAUSER |
| MODEL | M/96 |
| FIREARM TYPE | ☒ 2. RIFLE |
| IS THE FIREARM | |
| CALIBER/GAUGE | 6.5 mm |
| PREVIOUS CHICAGO GUN REGISTRATION NO. | |
| MAGAZINE CAPACITY | 5 |
| BARREL LENGTH | 29.1" |
| FINISH | ☒ 1. BLUE |
| NAME OF APPLICANT | LAWSON, DAVID W |
| STATE | IL |
| CITY - STATE - ZIP CODE | CHICAGO IL |
| MALE / FEMALE | ☒ MALE |
| U.S. CITIZEN | ☒ |
| RACE CODE | 2 |
| ARE YOU A PEACE OFFICER? | ☒ NO |

CPD-31.562 (Rev. 9/05)

## Registration 1

| Field | Value |
|---|---|
| A. FIREARMS REGISTRATION — CITY OF CHICAGO / DEPARTMENT OF POLICE | ☐ NEW ☐ RENEWAL ☐ TRANSFER ☐ AMENDMENT |
| FIREARM SERIAL NO. | C961064M |
| MAKE/MANUFACTURER | REMINGTON |
| MODEL | 870 EXPRESS |
| DATE REGISTERED | JAN 19 2008 |
| REG. NO. | R002419L |
| FIREARM TYPE | ☒ 3. SHOTGUN |
| IS THE FIREARM | (blank) |
| CALIBER/GAUGE | 12 ga |
| MAGAZINE CAPACITY | 5 |
| BARREL LENGTH | 20" |
| FINISH | ☒ 1. BLUE |
| NAME OF APPLICANT | LAWSON, DAVID, W |
| STATE | IL |
| CITY-STATE-ZIP CODE | CHICAGO, IL |
| SEX | ☒ MALE |
| PEACE OFFICER | ☒ NO |

## Registration 2 (Renewal)

| Field | Value |
|---|---|
| A. FIREARMS REGISTRATION — CITY OF CHICAGO / DEPARTMENT OF POLICE | ☒ RENEWAL |
| FIREARM SERIAL NO. | C961064M |
| MAKE/MANUFACTURER | REMINGTON |
| MODEL | 870 EXPRESS |
| DATE REGISTERED | JAN 19 2007 |
| REG. NO. | R002419L |
| FIREARM TYPE | ☒ 3. SHOTGUN |
| CALIBER/GAUGE | 12 ga |
| BARREL LENGTH | 20" |
| FINISH | ☒ 1. BLUE |
| NAME OF APPLICANT | LAWSON, DAVID, W |
| STATE | IL |
| CITY-STATE-ZIP CODE | CHICAGO, IL |
| SEX | ☒ MALE |
| PEACE OFFICER | ☒ NO |