IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, et al., ) | Case No. 08-CV-3645 |
| ) | |
| Plaintiffs, ) | **DECLARATION OF** |
| ) | **OTIS MCDONALD** |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF OTIS MCDONALD

I, Otis McDonald, am competent to state, and declare the following based on my personal knowledge:

1. I tried to register a handgun for possession inside my Chicago home. Exhibit A is a true and correct copy of the city's rejection of my handgun application (with some personal information redacted).

2. I fear arrest, criminal prosecution, incarceration, and fine if I were to possess a handgun within my home. I presently intend to possess a handgun within the home for self-defense, but am prevented from doing so by the city's active enforcement of the handgun ban as outlined in their letter to me.

3. After my handgun application was denied, I tried to communicate to the police that the handgun had never been in the city, but the police insisted that I completely dispose of the handgun. I did so, and reported that event to the city on the proper form, but have since re-acquired the handgun. The handgun is not kept in the city. I still intend to register the handgun

and would do so but for the fact of the city's handgun ban.

4. I own a lawfully registered shotgun. The shotgun registration application was approved by the city on June 12, 2008. On June 19, 2008, I visited the gun registration office and asked about the delay in receiving the registration certificate. An officer I believe is named Passiki gave me a printout of my registration records, and noted in his writing that the shotgun registration was approved June 12. Exhibit B is a true and correct copy of that printout. I've since been told that the certificate itself should be in the mail to me shortly. I fear arrest, criminal prosecution, incarceration, and fine if I were to possess my shotgun in Chicago without re-registering it annually.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 31 day of July, 2008

_____
Otis McDonald