## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, et al., | )  Case No. 08-CV-3645 |
| | ) |
| Plaintiffs, | )  **DECLARATION OF** |
| | )  **ADAM ORLOV** |
| v. | ) |
| | ) |
| CITY OF CHICAGO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## DECLARATION OF ADAM ORLOV

I, Adam Orlov, am competent to state, and declare the following based on my personal knowledge:

1.    I tried to register a handgun for possession inside my Chicago home.  Exhibit C is a true and correct copy of the city's rejection of my handgun application (with some personal information redacted).

2    I fear arrest, criminal prosecution, incarceration, and fine if I were to possess a handgun within my home.  I presently intend to possess a handgun within the home for self-defense, but am prevented from doing so by the city's active enforcement of the handgun ban as outlined in their letter to me.  I have never brought my handgun into Chicago, except during the time I was employed as a police officer in Evanston, and it was my service weapon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 30 day of July , 2008

Adam Orlov