IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, et al., | ) Case No. 08-CV-3645 |
| Plaintiffs, | ) DECLARATION OF |
| v. | ) COLLEEN LAWSON |
| CITY OF CHICAGO, | ) |
| Defendant. | ) |

## DECLARATION OF COLLEEN LAWSON

I, Colleen Lawson, am competent to state, and declare the following based on my personal knowledge:

1. I tried to register a handgun for possession inside my Chicago home. Exhibit D is a true and correct copy of the city's rejection of my handgun application (with some personal information redacted).

2. I fear arrest, criminal prosecution, incarceration, and fine if I were to possess a handgun within my home. I presently intend to possess a handgun within the home for self-defense, but am prevented from doing so by the city's active enforcement of the handgun ban as outlined in their letter to me. I have never brought my handgun into Chicago.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 29 day of July, 2008

*Colleen Lawson*
Colleen Lawson