**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OTIS McDONALD, et al., ) | Case No. 08-CV-3645 |
| ) | |
| Plaintiffs, ) | **DECLARATION OF** |
| ) | **DAVID LAWSON** |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

## DECLARATION OF DAVID LAWSON

I, David Lawson, am competent to state, and declare the following based on my personal knowledge:

1. I tried to register a handgun for possession inside my Chicago home. Exhibit E is a true and correct copy of the city's rejection of my handgun application (with some personal information redacted).

2. I fear arrest, criminal prosecution, incarceration, and fine if I were to possess a handgun within my home. I presently intend to possess a handgun within the home for self-defense, but am prevented from doing so by the city's active enforcement of the handgun ban as outlined in their letter to me. I have never brought my handgun into Chicago.

3. I own various guns lawfully registered in the city, which I keep at my home. Exhibit F is a true and correct copy of my firearm registration certificates (with some personal information redacted).

4.      I fear arrest, criminal prosecution, incarceration, and fine if I were to continue possessing these guns in Chicago without re-registering them annually.

5.      On May 4, 2008, the registration for one of my rifles, a K31, lapsed. The rifle thus became permanently unregisterable within the City of Chicago. I therefore removed the rifle from my Chicago home and now keep it outside the City of Chicago. I fear arrest, criminal prosecution, incarceration, and fine if I were to possess the lapsed K31 rifle within my Chicago home without benefit of registration.

6.      In 2007, I applied to purchase a rifle from the federal Civilian Marksmanship Program ("CMP"). On October 18, 2007, I was informed via email that my application was granted and the rifle would be delivered to my Chicago home. The CMP requires that delivery be made to my Chicago home, because that is the address listed both in my driving license and Illinois Firearms Owner Identification Card.

7.      On October 19, 2007, the CMP rifle arrived at my home via the U.S. Postal Service. I thus had approximately a day's notice that I would be receiving the CMP rifle. Only upon receiving the CMP rifle could I learn the gun's serial number, necessary to apply for a Chicago registration certificate for the firearm.

8.      I relocated the rifle outside of Chicago and, on November 30, 2007 applied to register the rifle. I was unable to complete the registration process any earlier on account of travel. On December 11, 2007, that application was refused because I did not effectuate registration of the rifle prior to taking possession of it.

9.      I appealed the denial of my CMP rifle registration to the city's Department of Administrative Hearings. The city denied my appeal. Exhibit G is a true and correct copy of the administrative decision in that case (with some personal information redacted).

10. I presently intend to possess the CMP rifle within my home, but am prevented from doing so only by the city's active enforcement of the pre-acquisition registration requirement and now unregisterable status of that firearm. I fear arrest, criminal prosecution, incarceration, and fine if I were to possess this rifle within my home.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 31st day of JULY, 2008

_____
David W. Lawson