IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, ADAM ORLOV, <br> COLLEEN LAWSON, DAVID LAWSON, <br> SECOND AMENDMENT FOUNDATION, INC., <br> and ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO and <br> MAYOR RICHARD M. DALEY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08 CV 3645 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF MOTION**

TO:  All Counsel of Record
     The Honorable Milton I. Shadur

You are hereby notified that on the 28th day of October, 2008 at 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton I. Shadur, or any Judge sitting in his stead, in Courtroom 2303 of the Everett McKinley Dirksen Building 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' <u>Motion to Narrow Legal Issues (Fed.R.Civ.Proc. 16(a)(1), (c)(2)(A))</u>, a copy of which is attached.

                                                /s/ David G. Sigale
                                              One of the Attorney for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
(630) 452-4547
dsigale@sigalelaw.com

**CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

    1.    On October 21, 2008, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

    2.    Pursuant to FRCP 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

    3.    The undersigned also effect service of the foregoing on:

Stephen A. Kolodziej (Counsel for Plaintiffs in *NRA* v. *City of Chicago,* No. 08-3697)
Brenner, Ford, Monroe & Scott
33 N. Dearborn Street, Suite 300
Chicago, IL 60602
Fax: 312-781-9202

Stephen Halbrook (Counsel for Plaintiffs in *NRA* v. *City of Chicago,* No. 08-3697)
10560 Main Street, Suite 404
Fairfax, VA 22030
Fax: 703-359-0938

by facsimile and by first class United States Mail, postage pre-paid.

                                      /s/ David G. Sigale
                                      Attorney for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
(630) 452-4547
dsigale@sigalelaw.com