IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OTIS McDONALD, et al.,           )
                                 )
                Plaintiffs,      )
                                 )
      v.                         )      No.  08 C 3645
                                 )
CITY OF CHICAGO, et al.,         )
                                 )
                Defendants.      )

MEMORANDUM ORDER

On October 21, 2008 plaintiffs' counsel filed a "Motion To Narrow Legal Issues," intending to comply with this District Court's Rule (and this Court's website reference to that rule) by contemporaneously mailing a paper counterpart of that electronic filing to this Court's chambers.  Counsel's express-mail transmittal was properly addressed to:

      The Honorable Milton I. Shadur
      Everett McKinley Dirksen Building
      Room 2388
      219 South Dearborn Street
      Chicago IL 60604

Mysteriously the postal authorities stamped the envelope "Addressee unknown," and nearly two weeks later the mailing found its way back to counsel's office in Lisle, Illinois.  This Court will put aside the Postal Service's apparent determination that this Court is a non-person, even though it has been occupying the Room 2388 judicial chambers for years--instead this memorandum is issued simply to reassure plaintiffs' counsel that no violation of court rules is to be placed at his doorstep.

_____
Milton I. Shadur
Senior United States District Judge

Date:  November 13, 2008