## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, ADAM ORLOV, )<br>COLLEEN LAWSON, DAVID LAWSON, )<br>ILLINOIS STATE RIFLE ASSOCIATION, and )<br>SECOND AMENDMENT FOUNDATION, INC., )<br>          )<br>          Plaintiffs, )<br>          )<br>          v. )<br>          )<br>CITY OF CHICAGO, )<br>          )<br>          Defendant. )<br>_____) | Case No. 08-CV-3645<br><br>**NOTICE OF APPEAL** |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc., and Illinois State Rifle Association, plaintiffs in the above named case, and pursuant to 28 U.S.C. 1292(a)(1), hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order denying Plaintiffs' Rule 56 Motion for Summary Judgment, including injunctive relief, entered in this action on the 4th day of December, 2008.

Dated: December 5, 2008              Respectfully submitted,

Alan Gura (admitted pro hac vice)    David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC               Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405    Corporate West I
Alexandria, VA 22314                 4300 Commerce Court, Suite 300-3
703.835.9085/Fax 703.997.7665        Lisle, IL 60532
                                     630.452.4547/Fax 630.596.4445

By:       /s/ Alan Gura              By:    /s/ David G. Sigale
          Alan Gura                         David G. Sigale

                                     Attorneys for Plaintiffs