# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**FILED**
**DECEMBER 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF DOCKETING - Short Form

**SMM**

December 5, 2008

**To:** Michael W. Dobbins
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-4112
>
> Caption:
> OTIS MCDONALD, et al.,
> Plaintiffs - Appellants
>
> v.
>
> CITY OF CHICAGO,
> Defendant - Appellee

> District Court No: 1:08-cv-03645
> Court Reporter Jesse Andrews
> Clerk/Agency Rep Michael Dobbins
> District Judge Milton Shadur
>
> Date NOA filed in District Court: 12/05/2008

If you have any questions regarding this appeal, please call this office.