IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, ADAM ORLOV, ) <br> COLLEEN LAWSON, DAVID LAWSON, ) <br> ILLINOIS STATE RIFLE ASSOCIATION, and ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, ) <br> ) <br> Defendant. ) | Case No. 08-CV-3645 <br><br> **NOTICE OF APPEAL** |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc., and Illinois State Rifle Association, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order denying Plaintiffs' Rule 56 Motion for Summary Judgment, entered in this action on the 4th day of December, 2008, and the order entering judgment for the Defendant City of Chicago on all Counts, based on F.R.Civ.P. 12(c), on the 18th day of December, 2008.

Dated: December 18, 2008

Alan Gura (admitted pro hac vice)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By:     /s/ Alan Gura
           Alan Gura

Respectfully submitted,

David G. Sigale (Atty. ID# 6238103)
Law Firm of David G. Sigale, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
630.452.4547/Fax 630.596.4445

By:     /s/ David G. Sigale
           David G. Sigale
           Attorneys for Plaintiffs

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

     1.    On December 18, 2008, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

     2.    Pursuant to FRCP 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                      /s/ David G. Sigale
                                            Attorney for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
630.452.4547
dsigale@sigalelaw.com

**SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET**

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08 cv 3645

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| McDonald /appellant | | City of Chgo/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | David G. Sigale | Name | Michael A. Forti |
| Firm | atty @ law | Firm | City of Chgo/Law Dept. |
| Address | 4300 Commerce Ct. Suite 300-3 Lisle, IL. 60532 | Address | 30 N. LaSalle Suite 900 Chgo.Il. 60602 |
| Phone | 630)452-4547 | Phone | 312) 744-9010 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Shadur | Date Filed in District Court | 6/26/08 |
| Court Reporter | J. Andrews   X-6899 | Date of Judgment | 12/4/08 |
| Nature of Suit Code | 950 | Date of Notice of Appeal | 12/18/08 |

COUNSEL:   Appointed [ ]   Retained [X]   Pro Se [ ]

FEE STATUS:   Paid [X]   Due [ ]   IFP [ ]
              IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

UNITED STATES DISTRICT COURT
FOR THE **Northern District of Illinois −** **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Otis McDonald, et al.
                Plaintiff,

v.
                                            Case No.: 1:08−cv−03645
                                            Honorable Milton I. Shadur

City of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 4, 2008:

        MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order.MOTION for summary judgment [32] is denied; Motion [43] is denied. Status hearing set for 12/9/2008 at 08:45 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, et al., | ) |
| | ) |
|        Plaintiffs, | ) |
| | ) |
|  v. | )   No. 08 C 3645 |
| | ) |
| CITY OF CHICAGO, et al., | ) |
| | ) |
|        Defendants. | ) |

MEMORANDUM ORDER

This is one of three cases on this Court's calendar that seek to extrapolate from the Supreme Court's decision in <u>Dist. of Columbia v. Heller</u>, 128 S.Ct. 2783 (2008) to invalidate municipal ordinances that ban handguns--indeed, plaintiffs' counsel brought this lawsuit only one day after <u>Heller</u> came down (obviously having anticipated the decision reached by the five-Justice majority). This case, like <u>National Rifle Association of America, Inc. v. City of Chicago</u>, 08 C 3697, attacks Chicago's handgun ordinance, while <u>National Rifle Association of America, Inc. v. Village of Oak Park</u>, 08 C 3696 (brought by the same plaintiffs' counsel who are handling 08 C 3697) challenges the Oak Park ordinance.

Today this Court has issued an opinion that rejects, as contrary to jurisprudential principles, the invitation by counsel in the other two cases to "overrule" <u>Quilici v. Village of Morton Grove</u>, 695 F.2d 261 (7th Cir. 1982). <u>Quilici</u> is an on-all-fours decision by our Court of Appeals that takes the opposite position

from that now pressed by plaintiffs in all three cases before this Court.

There is no need to repeat what is said in that opinion, for it might well have been written for this case too. Instead this memorandum order simply denies (1) plaintiffs' two pending motions--their Motion for Summary Judgment (Dkt. 32) and their Motion To Narrow Legal Issues (Dkt. 43)--and (2) sets this case as well for a status hearing at 8:45 a.m. December 9, 2008.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 4, 2008

2

APPEAL, SCHENKIER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-03645
### Internal Use Only

McDonald et al v. City of Chicago et al
Assigned to: Honorable Milton I. Shadur
Case in other court: 08-04112
Cause: 42:1983 Civil Rights Act

Date Filed: 06/26/2008
Jury Demand: Defendant
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: Federal Question

**Plaintiff**

**Otis McDonald** represented by **David G. Sigale**
Law Firm of David G. Sigale, P.C.
Corporate West I
4300 Commerce Court
Suite 300-3
Lisle , IL 60532
(630) 452-4547
Fax: (630) 596-4445
Email: dsigale@sigalelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
Gura & Possessky, PLLC
101 N. Columbus Street
Suite 405
Alexandria , VA 22314
(703) 835-9085
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Orlov** represented by **David G. Sigale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Lawson** represented by **David G. Sigale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Lawson** represented by **David G. Sigale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Second Amendment Foundation, Inc.** represented by **David G. Sigale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Illinois State Rifle Association** represented by **David G. Sigale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Rifle Association of America, Inc.** represented by **National Rifle Association of America, Inc.**
PRO SE

**Plaintiff**

**Robert Klein Engler** represented by **Robert Klein Engler**
PRO SE

**Plaintiff**

**Dr. Gene A. Reisinger** represented by **Gene A. Reisinger**
PRO SE

V.

**Defendant**

**City of Chicago** represented by **Michael A. Forti**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 900
Chicago , IL 60602
(312) 744-9010
Email: mforti@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew W Worseck**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 900
Chicago , IL 60602
(312) 744-9010
Email: aworseck@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Mardell Nereim**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 900
Chicago , IL 60602
(312) 744-9010
Email: mnereim@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Rebecca Alfert**
city of chicago
30 N. LaSalle St
Suite 1230
Chicago , IL 60602
(312) 742-0260
Email: rebecca.alfert@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**William Macy Aguiar**
City of Chicago, Department of Law

30 North LaSalle Street
Suite 900
Chicago , IL 60602
(312) 744-9010
Email: waguiar@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard M. Daley**  represented by **Michael A. Forti**
*Mayor*  (See above for address)
*TERMINATED: 06/27/2008*  *TERMINATED: 07/17/2008*
  *LEAD ATTORNEY*

  **Andrew W Worseck**
  (See above for address)
  *TERMINATED: 07/17/2008*

  **Mardell Nereim**
  (See above for address)
  *TERMINATED: 07/17/2008*

  **William Macy Aguiar**
  (See above for address)
  *TERMINATED: 07/17/2008*

**proposed**

**Village Of Oak Park**  represented by **Jacob Henry Karaca**
  Klein, Thorpe & Jenkins, Ltd.
  20 North Wacker Drive
  Suite 1660
  Chicago , IL 60606-2903
  (312) 984-6400
  Email: jhkaraca@ktjnet.com
  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2008 | 1 | COMPLAINT filed by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc.; Filing fee $ 350.(smm) (Entered: 06/26/2008) |
| 06/26/2008 | 2 | CIVIL Cover Sheet. (smm) (Entered: 06/26/2008) |
| 06/26/2008 | 3 | ATTORNEY Appearance for Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. by David G. Sigale. (smm) (Entered: 06/26/2008) |
| 06/26/2008 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 6/26/2008 in the amount of $350.00, receipt number 2889250. (smm) (Entered: 06/26/2008) |
| 06/26/2008 | 5 | SUMMONS Issued as to Defendants City of Chicago, Richard M. Daley. |

|  |  |  |
|---|---|---|
|  |  | (smm) (Entered: 06/26/2008) |
| 06/26/2008 | 6 | MOTION by Alan Gura on behalf of Plaintiffs McDonald, Orlov, Lawsons, Second Amdment Found, ISRA for Leave to Appear Pro Hac Vice, Filing fee $ 50, Paid Receipt # 4624004966. (smm) (Entered: 06/27/2008) |
| 06/27/2008 | 7 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. This memorandum order is issued sua sponte to strip the Complaint of some surplusage - - listed in the order of appearance, rather than in any effort to rank the stricken allegations in terms of importance - - that does not conform to the directive of Fed. R. Civ. P. 8(a) as to the content of a federal complaint.Mailed notice (srn, ) (Entered: 06/27/2008) |
| 06/27/2008 | 8 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 6/27/2008:Mailed notice(srn, ) (Entered: 06/27/2008) |
| 06/27/2008 | 19 | MINUTE entry before the Honorable Milton I. Shadur: Defendant Richard M. Daley is dismissed from this action.Mailed notice (srn, ) (Entered: 07/17/2008) |
| 07/01/2008 | 9 | ATTORNEY Appearance for Defendants City of Chicago, Richard M. Daley by Andrew W Worseck (Worseck, Andrew) (Entered: 07/01/2008) |
| 07/01/2008 | 10 | ATTORNEY Appearance for Defendants City of Chicago, Richard M. Daley by William Macy Aguiar (Aguiar, William) (Entered: 07/01/2008) |
| 07/01/2008 | 11 | ATTORNEY Appearance for Defendants City of Chicago, Richard M. Daley by Michael A. Forti (Forti, Michael) (Entered: 07/01/2008) |
| 07/01/2008 | 12 | ATTORNEY Appearance for Defendants City of Chicago, Richard M. Daley by Mardell Nereim (Nereim, Mardell) (Entered: 07/01/2008) |
| 07/02/2008 | 13 | RESPONSE by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. to memorandum opinion and order 8 (Attachments: # 1 Notice of Filing)(Sigale, David) (Entered: 07/02/2008) |
| 07/02/2008 | 14 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Second Amendment Foundation, Inc. (Sigale, David) (Entered: 07/02/2008) |
| 07/02/2008 | 15 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Illinois State Rifle Association (Sigale, David) (Entered: 07/02/2008) |
| 07/07/2008 | 16 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly this court declines any invitation to revisit its June 27 memorandum order.Mailed notice (srn, ) (Entered: 07/07/2008) |
| 07/07/2008 | 17 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 7/7/2008:Mailed notice(srn, ) (Entered: 07/07/2008) |
| 07/15/2008 | 21 | IT is ordered that the applicant herein may appear pro hac vice in the above-entitled case. Receipt no. 4624004966; paid on 6/26/08. (smm) (Entered: 07/21/2008) |
| 07/16/2008 | 18 | ANSWER to Complaint with Jury Demand by City of Chicago(Worseck, Andrew) (Entered: 07/16/2008) |
|  |  |  |

| | | |
|---|---|---|
| 07/17/2008 | 20 | MINUTE entry before the Honorable Milton I. Shadur: Status hearing set for 8/22/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 07/17/2008) |
| 07/22/2008 | 22 | MOTION by Defendant City of Chicago to reassign case (Worseck, Andrew) (Entered: 07/22/2008) |
| 07/22/2008 | 23 | NOTICE of Motion by Andrew W Worseck for presentment of motion to reassign case 22 before Honorable Milton I. Shadur on 7/25/2008 at 09:15 AM. (Worseck, Andrew) (Entered: 07/22/2008) |
| 07/23/2008 | 24 | MOTION to reassign case (Attachments: # 1 Exhibit A)(Karaca, Jacob) (Entered: 07/23/2008) |
| 07/23/2008 | 25 | NOTICE of Motion by Jacob Henry Karaca for presentment of motion to reassign case 24 before Honorable Milton I. Shadur on 7/29/2008 at 09:15 AM. (Karaca, Jacob) (Entered: 07/23/2008) |
| 07/24/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. for leave to proceed in forma pauperis 21 , MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50. 6 (srn, ) (Entered: 07/24/2008) |
| 07/25/2008 | 26 | MINUTE entry before the Honorable Milton I. Shadur:Motion to reassign case 22 is granted; Motion hearing held on 7/25/2008 regarding motion to reassign case 22 Mailed notice (srn, ) (Entered: 07/28/2008) |
| 07/29/2008 | 27 | MINUTE entry before the Honorable Milton I. Shadur:Motion to reassign case 24 is granted; Motion hearing held on 7/29/2008 regarding motion to reassign case 24 . Status hearing set for 9/26/2008 at 09:00 AM. The August 22 status date is vacated.Mailed notice (srn, ) (Entered: 07/29/2008) |
| 07/29/2008 | 28 | MOTION to vacate *and Set Briefing Schedule* (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Howard, William) (Entered: 07/29/2008) |
| 07/29/2008 | 29 | NOTICE of Motion by William Nicholas Howard for presentment of motion to vacate 28 before Honorable Milton I. Shadur on 8/1/2008 at 09:15 AM. (Howard, William) (Entered: 07/29/2008) |
| 07/31/2008 | 30 | MOTION by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. to strike answer to complaint 18 (Sigale, David) (Entered: 07/31/2008) |
| 07/31/2008 | 31 | NOTICE of Motion by David G. Sigale for presentment of motion to strike, motion for relief 30 before Honorable Milton I. Shadur on 8/4/2008 at 09:15 AM. (Sigale, David) (Entered: 07/31/2008) |
| 07/31/2008 | 32 | MOTION by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. for summary judgment (Sigale, David) (Entered: 07/31/2008) |
| 07/31/2008 | 33 | NOTICE of Motion by David G. Sigale for presentment of motion for summary judgment 32 before Honorable Milton I. Shadur on 8/4/2008 at 09:15 AM. (Sigale, David) (Entered: 07/31/2008) |

| | | |
|---|---|---|
| 07/31/2008 | 34 | MEMORANDUM by Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. in support of motion for summary judgment 32 (Attachments: # 1 Statement of Material Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Declaration of Otis McDonald, # 9 Declaration of Adam Orlov, # 10 Declaration of Colleen Lawson, # 11 Declaration of David Lawson, # 12 Declaration of Alan Gottlieb, # 13 Declaration of Richard Pearson)(Sigale, David) (Entered: 07/31/2008) |
| 08/01/2008 | 35 | Exhibit G to Memorandum in Support of Plaintiffs' Motion for Summary Judgment by Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. (Sigale, David) (Entered: 08/01/2008) |
| 08/01/2008 | 36 | MINUTE entry before the Honorable Milton I. Shadur:Motion to strike 30 is entered and continued. MOTION for summary judgment 32 is entered and continued; Motion to vacate is entered and continued. NRA Plaintiff's further submission on the motion to vacate is due on or before August 8, 2008. Motion hearing held on 8/1/2008. Motion Hearing set for 8/18/2008 at 09:15 AM.Mailed notice (srn, ) (Entered: 08/01/2008) |
| 08/03/2008 | 37 | ATTORNEY Appearance for proposed Village Of Oak Park by Jacob Henry Karaca (Karaca, Jacob) (Entered: 08/03/2008) |
| 08/06/2008 | 38 | ATTORNEY Appearance for Defendant City of Chicago by Rebecca Alfert (Alfert, Rebecca) (Entered: 08/06/2008) |
| 08/08/2008 | 39 | MOTION by Plaintiffs National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger to vacate order on motion to reassign case,, motion hearing,, set/reset hearings, 27 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(Howard, William) (Entered: 08/08/2008) |
| 08/18/2008 | 40 | MINUTE entry before the Honorable Milton I. Shadur:Motion to strike 30 is denied without prejudice. City of Chicago's Amended Answer is due on or before September 2, 2008.; Motion to vacate is denied.; Status hearing held on 8/18/2008. The September 26, 2008 status date is vacated. Status hearing set for 9/10/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 08/18/2008) |
| 08/18/2008 | | (Court only) ***Motions terminated: MOTION to vacate *and Set Briefing Schedule* 28 (srn, ) (Entered: 08/25/2008) |
| 09/05/2008 | 41 | *Amended* ANSWER to Complaint with Jury Demand by City of Chicago (Alfert, Rebecca) (Entered: 09/05/2008) |
| 09/10/2008 | 42 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 9/10/2008. Status hearing set for 11/10/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 09/10/2008) |
| 10/21/2008 | 43 | MOTION by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc.Narrow Legal Issues Pursuant to FRCivP 16 (Sigale, David) (Entered: 10/21/2008) |
| 10/21/2008 | 44 | NOTICE of Motion by David G. Sigale for presentment of motion for |

|  |  |  |
|---|---|---|
|  |  | miscellaneous relief 43 before Honorable Milton I. Shadur on 10/28/2008 at 09:15 AM. (Sigale, David) (Entered: 10/21/2008) |
| 11/07/2008 | 45 | MINUTE entry before the Honorable Milton I. Shadur:The November 10 status date is stricken. Status hearing set for 12/4/2008 at 09:00 AMMailed notice (srn, ) (Entered: 11/07/2008) |
| 11/13/2008 | 46 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. This Court will put aside the Postal Service's apparent determination that this Court is a non-person, even though it has been occupying the Room 2388 judicial chambers for years - - instead this memorandum is issued simply to reassure plaintiff's counsel that no violation of court rules is to be placed at his doorstep.Mailed notice (srn, ) (Entered: 11/13/2008) |
| 11/13/2008 | 47 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 11/13/2008:Mailed notice(srn, ) (Entered: 11/13/2008) |
| 12/03/2008 | 48 | MINUTE entry before the Honorable Milton I. Shadur:The December 4, 2008 status date is vacated. This Court will set a new status date after the completion of the trial that it is currently conducting. Mailed notice (srn, ) (Entered: 12/03/2008) |
| 12/04/2008 | 49 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order.MOTION for summary judgment 32 is denied; Motion 43 is denied. Status hearing set for 12/9/2008 at 08:45 AM.Mailed notice (srn, ) (Entered: 12/04/2008) |
| 12/04/2008 | 50 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 12/4/2008:Mailed notice(srn, ) (Entered: 12/04/2008) |
| 12/05/2008 | 51 | NOTICE of appeal by Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. regarding orders 50 Filing fee $ 455, receipt number 07520000000003330512. (Sigale, David) (Entered: 12/05/2008) |
| 12/05/2008 | 52 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 12/05/2008) |
| 12/05/2008 | 53 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 51 . Notified counsel (dj, ) (Entered: 12/05/2008) |
| 12/08/2008 | 54 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 51 ; USCA Case No. 08-4112. (smm) (Entered: 12/09/2008) |
| 12/09/2008 | 55 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 12/9/2008. Counsel is to submit a draft order for consideration. Status hearing set for 12/18/2008 at 08:45 AMMailed notice (srn, ) (Entered: 12/09/2008) |
| 12/18/2008 | 56 | NOTICE of appeal by Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. regarding orders 49 Filing fee $ 455, receipt number 07520000000003371470. (Sigale, David) (Entered: 12/18/2008) |
| 12/19/2008 | 57 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: |

| | | 12/19/2008) | |