Order Form (01/2005)
Case: 1:08-cv-03645 Document #: 59 Filed: 12/18/08 Page 1 of 1 PageID #:292 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3645 | **DATE** | 12/18/2008 |
| **CASE TITLE** | McDonald vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing held. Enter Order. This Court hereby grants the contested December 9, 2008 oral motion of the City of Chicago, pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings on Counts I-V of the Complaint. Judgment is hereby entered in favor of the City of Chicgao and against Plaintiffs on all counts of the Complaint.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|