

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, ADAM ORLOV, COLLEEN LAWSON, DAVID LAWSON, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | Case No. 08-CV-3645 |

## ORDER

On December 4, 2008, the Court ruled it is bound by <u>Quilici v. Village of Morton Grove</u>, 695 F.2d 261 (7th Cir. 1982) to reject incorporation of the Second Amendment *via* the Fourteenth Amendment as against Defendant City of Chicago. Accordingly, the Court denied Plaintiffs' Rule 56 motion for summary judgment, holding Plaintiffs cannot prevail absent incorporation of the Second Amendment. On the same grounds as announced earlier by the Court, and over Plaintiffs' objection for the reasons stated in their Rule 56 and Rule 16 Motions and in open court, the Court hereby grants the contested December 9, 2008 oral motion of the Defendant City of Chicago, pursuant to Fed. R. Civ. P. 12(c), for judgment on the pleadings on Counts I-V of the Complaint. Judgment is hereby entered in favor of the City of Chicago and against Plaintiffs on all counts of the Complaint.

Dated: December 18, 2008

ENTERED:

_____
The Honorable Milton I. Shadur
United States District Court Judge