

# United States District Court
## Northern District of Illinois
### Eastern Division

McDonald

v.

City of Chicago

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 3645

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the City of Chicago and against Plaintiffs on all counts of the Complaint.

Michael W. Dobbins, Clerk of Court

Date: 12/18/2008

/s/ Sandy Newland, Deputy Clerk