# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



## NOTICE OF DOCKETING - Short Form

December 19, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 08-4244

Caption:
OTIS MCDONALD, et al.,
 Plaintiffs - Appellants

v.

CITY OF CHICAGO,
Defendant - Appellee

---

District Court No: 1:08-cv-03645
Court Reporter Jesse Andrews
Clerk/Agency Rep Michael Dobbins
District Judge Milton Shadur

Date NOA filed in District Court: 12/18/2008

---

If you have any questions regarding this appeal, please call this office.


CC:   Michael W. Dobbins


form name: **c7_Docket_Notice_short_form** (form ID: **188**)