# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



**SMM** 

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 7, 2009

*By the Court:*

**FILED**
**JANUARY 7, 2009**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| No.: 08-4112 | OTIS MCDONALD, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:08-cv-03645<br>Northern District of Illinois, Eastern Division<br>Court Reporter Jesse Andrews<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Milton Shadur |

The following are before the court:

1.  **APPELLANTS' AGREED F.R.APP.P. 42(b) MOTION FOR VOLUNTARY DISMISSAL,** filed on January 6, 2009, by counsel for the appellants.

2.  **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLANTS' MEMORANDUM OF POINTS AND AUTHORITIES REGARDING JURISDICTION,** filed on January 5, 2009, by counsel for the appellee.

**IT IS ORDERED** that this appeal is **DISMISSED,** in accordance with Fed. R. App. P. 42(b).

**IT IS FURTHER ORDERED** that #2 is **DENIED** as moot.

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate** (form ID: **137**)