

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

February 4, 2009

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Otis McDonald, et al., v. City of Chicago

U.S.D.C. DOCKET NO. : 08 C 3645

U.S.C.A. DOCKET NO. : 08-4244

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)   THREE (3)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:   Original Case Transmitted on 12/30/08, 1 pdf of 3 volumes of transcripts.

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:  /s/  Sheila Moore
    Sheila Moore, Deputy Clerk

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By /s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: FEBRUARY 4, 2009

I, MICHAEL W. DOBBINS, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 12/30/08.

USDC NO. : 08 C 3645

USCA NO. : 08-4244

| DATE | ITEM NO. | DESCRIPTION |
| --- | --- | --- |
| 1/30/09 | 67 | Transcript of Proceedings held on 8/18/08 |
| 1/30/09 | 68 | Transcript of Proceedings held on 12/9/08 |
| 1/30/09 | 69 | Transcript of Proceedings held on 12/18/08 |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 4th day of February 2009.

Michael W. Dobbins, Clerk

By: /s/ Sheila Moore
   Sheila Moore, Deputy Clerk

appsupcer.wpt