*MHN*

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

June 24, 2009

**F I L E D**
6-24-2009
JUN 24 2009 **TG**

To:     Michael W. Dobbins
        UNITED STATES DISTRICT COURT
        Northern District of Illinois
        Chicago , IL 60604-0000

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

08CV 3645

| No.: 08-4241 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
|---|---|

| No.: 08-4244 | OTIS MCDONALD, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
|---|---|
| No.: 08-4243 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,<br> Plaintiffs - Appellants |

|  | v.<br><br>VILLAGE OF OAK PARK,<br>Defendant - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-03697
Northern District of Illinois, Eastern Division
District Judge Milton I. Shadur

**Originating Case Information:**

District Court No: (1:08-cv-03645) – 2
Northern District of Illinois, Eastern Division

**Originating Case Information:**

District Court No: 1:08-cv-03696
Northern District of Illinois, Eastern Division

The mandate or agency closing letter in this cause issued on June 24, 2009.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:             Entire record returned
                                     consisting of

Pleadings:                           3

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh
Circuit.

Date:   JUN 2 4 2009            Received by: _____

form name:  **c7_Record_Return_toDC** (form ID: **205**)