# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RECORD FOR CERTIORARI TRANSMITTAL FORM

December 30, 2009

TO:  Supreme Court of the United States
 Office of the Clerk
 1 First Street N.E.
 Washington, DC 20543-0001

| Nos.: 08-4241 & 08-4243 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> CITY OF CHICAGO, et al., <br> Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court Nos.: 1:08-cv-03697 & 1:08-cv-03696
Northern District of Illinois, Eastern Division
District Judge Milton I. Shadur

| No.: 08-4244 | OTIS MCDONALD, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> CITY OF CHICAGO, <br> Defendant - Appellee |
|---|---|

**Originating Case Information:**

District Court No.: 1:08-cv-03645
Northern District of Illinois, Eastern Division
District Judge Milton I. Shadur

Pursuant to a request from the Supreme Court of the United States dated December 22, 2009, Supreme Court Case Number: 08-1497 and Supreme Court Case Number: 08-1521, I, GINO J. AGNELLO, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that the foregoing contains a true copy of:

[x]   public docket sheet

[x]   briefs

[x]   Circuit Rule 28(j) Supplemental Authority(s)

[x]   final order / opinion / judgment

[ ]   petitions(s) for rehearing

[ ]   answer(s) to petition(s) for rehearing

[ ]   order(s) denying rehearing

The original record on appeal has been returned to the District Court upon issuance of this Court's mandate. This Court, by copy of this document, requests the District Court to transmit the record directly to the Supreme Court.

IN TESTIMONY WHEREOF



I hereunto subscribe my name and affix the seal of said United States Court of Appeals for the Seventh Circuit, this 30th day of December , 2009

---
Deputy Clerk, United States Court of Appeals for the Seventh Circuit

cc:   Michael W. Dobbins

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_Cert_Roa_Trans (form ID: 181)