

## United States DistrictCourt
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**

CLERK 312-435-5670

January 4, 2010

Mr. William K. Suter, Clerk
U.S. Supreme Court
First Street, N.E.
Washington, D.C. 20543

RE: McDonald -v- City of Chicago

U.S.D.C. DOCKET NO. 08 cv 3645

U.S.Supreme Court. DOCKET NO. : 08-1521

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(s) OF PLEADING(S):      1

ELECTRONIC VOLUME(S) of TRANSCRIPTS:      3

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                               Very truly yours,

                                               Michael W. Dobbins, Clerk

                                               By /s/ D. Jordan,   Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*
*3 Transcripts ( 1 PDF)*

In the cause entitled: McDonald -v- City of Chicago.

USDC NO.    : 08 cv 3645

USCA NO.    : 08-4244 & 08-4112

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 4th day of Jan 2010.

MICHAEL W. DOBBINS, CLERK

By:/s/  D. Jordan, Deputy Clerk

**A TRUE COPY-ATTEST**
**MICHAEL W. DOBBINS, CLERK**
**By  s/ D. JORDAN**
**DEPUTY CLERK**
**U.S. DISTRICT COURT, NORTHERN**
**DISTRICT OF ILLINOIS**
**DATE: JANUARY 4, 2010**

APPEAL, SCHENKIER, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 4.0.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:08-cv-03645
# Internal Use Only

| | |
|---|---|
| McDonald et al v. City of Chicago et al<br>Assigned to: Honorable Milton I. Shadur<br>Case in other court:     08-04112<br>    08-04244<br>Cause: 42:1983 Civil Rights Act | Date Filed: 06/26/2008<br>Date Terminated: 12/18/2008<br>Jury Demand: Defendant<br>Nature of Suit: 950 Constitutional - State Statute<br>Jurisdiction: Federal Question |

**Plaintiff**

**Otis McDonald**     represented by     **David G. Sigale**
Law Firm of David G. Sigale, P.C.
Corporate West I
4300 Commerce Court
Suite 300-3
Lisle, IL 60532
(630) 452-4547
Fax: (630) 596-4445
Email: dsigale@sigalelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
Gura & Possessky, PLLC
101 N. Columbus Street
Suite 405
Alexandria, VA 22314
(703) 835-9085
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Orlov**     represented by     **David G. Sigale**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Lawson** represented by **David G. Sigale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Lawson** represented by **David G. Sigale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Second Amendment Foundation, Inc.** represented by **David G. Sigale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Gura**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Illinois State Rifle Association** | represented by | **David G. Sigale** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Alan Gura** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **National Rifle Association of America, Inc.** | represented by | **National Rifle Association of America, Inc.** <br> PRO SE |
| **Plaintiff** | | |
| **Robert Klein Engler** | represented by | **Robert Klein Engler** <br> PRO SE |
| **Plaintiff** | | |
| **Dr. Gene A. Reisinger** | represented by | **Gene A. Reisinger** <br> PRO SE |

V.

| | | |
|---|---|---|
| **Defendant** | | |
| **City of Chicago** | represented by | **Michael A. Forti** <br> City of Chicago, Department of Law <br> 30 North LaSalle Street <br> Suite 900 <br> Chicago, IL 60602 <br> (312) 744-9010 <br> Email: mforti@cityofchicago.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Andrew W Worseck** <br> City of Chicago, Department of Law |

30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-9010
Email: aworseck@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Mardell Nereim**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-9010
Email: mnereim@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Rebecca Alfert Hirsch**
city of chicago
30 N. LaSalle St
Suite 1230
Chicago, IL 60602
(312) 742-0260
Email: rebecca.alfert@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**William Macy Aguiar**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-9010
Email: waguiar@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard M. Daley**
*Mayor*
*TERMINATED: 06/27/2008*

represented by **Michael A. Forti**
(See above for address)
*TERMINATED: 07/17/2008*
*LEAD ATTORNEY*

**Andrew W Worseck**
(See above for address)

*TERMINATED: 07/17/2008*

**Mardell Nereim**
(See above for address)
*TERMINATED: 07/17/2008*

**William Macy Aguiar**
(See above for address)
*TERMINATED: 07/17/2008*

**proposed**

**Village Of Oak Park**     represented by **Jacob Henry Karaca**
Klein, Thorpe & Jenkins, Ltd.
20 North Wacker Drive
Suite 1660
Chicago, IL 60606-2903
(312) 984-6400
Email: jhkaraca@ktjnet.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2008 | 1 | COMPLAINT filed by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc.; Filing fee $ 350.(smm) (Entered: 06/26/2008) |
| 06/26/2008 | 2 | CIVIL Cover Sheet. (smm) (Entered: 06/26/2008) |
| 06/26/2008 | 3 | ATTORNEY Appearance for Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. by David G. Sigale. (smm) (Entered: 06/26/2008) |
| 06/26/2008 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 6/26/2008 in the amount of $350.00, receipt number 2889250. (smm) (Entered: 06/26/2008) |
| 06/26/2008 | 5 | SUMMONS Issued as to Defendants City of Chicago, Richard M. Daley. (smm) (Entered: 06/26/2008) |
| 06/26/2008 | 6 | MOTION by Alan Gura on behalf of Plaintiffs McDonald, Orlov, Lawsons, Second Amdment Found, ISRA for Leave to Appear Pro Hac Vice, Filing fee $ 50, Paid Receipt # 4624004966. (smm) (Entered: 06/27/2008) |
| 06/27/2008 | 7 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum |

| | | |
|---|---|---|
| | | Order. This memorandum order is issued sua sponte to strip the Complaint of some surplusage - - listed in the order of appearance, rather than in any effort to rank the stricken allegations in terms of importance - - that does not conform to the directive of Fed. R. Civ. P. 8(a) as to the content of a federal complaint.Mailed notice (srn, ) (Entered: 06/27/2008) |
| 06/27/2008 | 8 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 6/27/2008:Mailed notice(srn, ) (Entered: 06/27/2008) |
| 06/27/2008 | 19 | MINUTE entry before the Honorable Milton I. Shadur: Defendant Richard M. Daley is dismissed from this action.Mailed notice (srn, ) (Entered: 07/17/2008) |
| 07/01/2008 | 9 | ATTORNEY Appearance for Defendants City of Chicago, Richard M. Daley by Andrew W Worseck (Worseck, Andrew) (Entered: 07/01/2008) |
| 07/01/2008 | 10 | ATTORNEY Appearance for Defendants City of Chicago, Richard M. Daley by William Macy Aguiar (Aguiar, William) (Entered: 07/01/2008) |
| 07/01/2008 | 11 | ATTORNEY Appearance for Defendants City of Chicago, Richard M. Daley by Michael A. Forti (Forti, Michael) (Entered: 07/01/2008) |
| 07/01/2008 | 12 | ATTORNEY Appearance for Defendants City of Chicago, Richard M. Daley by Mardell Nereim (Nereim, Mardell) (Entered: 07/01/2008) |
| 07/02/2008 | 13 | RESPONSE by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. to memorandum opinion and order 8 (Attachments: # 1 Notice of Filing)(Sigale, David) (Entered: 07/02/2008) |
| 07/02/2008 | 14 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Second Amendment Foundation, Inc. (Sigale, David) (Entered: 07/02/2008) |
| 07/02/2008 | 15 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Illinois State Rifle Association (Sigale, David) (Entered: 07/02/2008) |
| 07/07/2008 | 16 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly this court declines any invitation to revisit its June 27 memorandum order.Mailed notice (srn, ) (Entered: 07/07/2008) |
| 07/07/2008 | 17 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 7/7/2008:Mailed notice(srn, ) (Entered: 07/07/2008) |
| 07/15/2008 | 21 | IT is ordered that the applicant herein may appear pro hac vice in the above-entitled case. Receipt no. 4624004966; paid on 6/26/08. (smm) (Entered: 07/21/2008) |
| 07/16/2008 | 18 | ANSWER to Complaint with Jury Demand by City of Chicago(Worseck, Andrew) (Entered: 07/16/2008) |
| 07/17/2008 | 20 | MINUTE entry before the Honorable Milton I. Shadur: Status hearing set for 8/22/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 07/17/2008) |

| | | |
|---|---|---|
| 07/22/2008 | 22 | MOTION by Defendant City of Chicago to reassign case (Worseck, Andrew) (Entered: 07/22/2008) |
| 07/22/2008 | 23 | NOTICE of Motion by Andrew W Worseck for presentment of motion to reassign case 22 before Honorable Milton I. Shadur on 7/25/2008 at 09:15 AM. (Worseck, Andrew) (Entered: 07/22/2008) |
| 07/23/2008 | 24 | MOTION to reassign case (Attachments: # 1 Exhibit A)(Karaca, Jacob) (Entered: 07/23/2008) |
| 07/23/2008 | 25 | NOTICE of Motion by Jacob Henry Karaca for presentment of motion to reassign case 24 before Honorable Milton I. Shadur on 7/29/2008 at 09:15 AM. (Karaca, Jacob) (Entered: 07/23/2008) |
| 07/24/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. for leave to proceed in forma pauperis 21 , MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50. 6 (srn, ) (Entered: 07/24/2008) |
| 07/25/2008 | 26 | MINUTE entry before the Honorable Milton I. Shadur:Motion to reassign case 22 is granted; Motion hearing held on 7/25/2008 regarding motion to reassign case 22 Mailed notice (srn, ) (Entered: 07/28/2008) |
| 07/29/2008 | 27 | MINUTE entry before the Honorable Milton I. Shadur:Motion to reassign case 24 is granted; Motion hearing held on 7/29/2008 regarding motion to reassign case 24 . Status hearing set for 9/26/2008 at 09:00 AM. The August 22 status date is vacated.Mailed notice (srn, ) (Entered: 07/29/2008) |
| 07/29/2008 | 28 | MOTION to vacate *and Set Briefing Schedule* (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Howard, William) (Entered: 07/29/2008) |
| 07/29/2008 | 29 | NOTICE of Motion by William Nicholas Howard for presentment of motion to vacate 28 before Honorable Milton I. Shadur on 8/1/2008 at 09:15 AM. (Howard, William) (Entered: 07/29/2008) |
| 07/31/2008 | 30 | MOTION by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. to strike answer to complaint 18 (Sigale, David) (Entered: 07/31/2008) |
| 07/31/2008 | 31 | NOTICE of Motion by David G. Sigale for presentment of motion to strike, motion for relief 30 before Honorable Milton I. Shadur on 8/4/2008 at 09:15 AM. (Sigale, David) (Entered: 07/31/2008) |
| 07/31/2008 | 32 | MOTION by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. for summary judgment (Sigale, David) (Entered: 07/31/2008) |
| 07/31/2008 | 33 | NOTICE of Motion by David G. Sigale for presentment of motion for summary judgment 32 before Honorable Milton I. Shadur on 8/4/2008 at |

| | | |
|---|---|---|
| | | 09:15 AM. (Sigale, David) (Entered: 07/31/2008) |
| 07/31/2008 | 34 | MEMORANDUM by Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. in support of motion for summary judgment 32 (Attachments: # 1 Statement of Material Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Declaration of Otis McDonald, # 9 Declaration of Adam Orlov, # 10 Declaration of Colleen Lawson, # 11 Declaration of David Lawson, # 12 Declaration of Alan Gottlieb, # 13 Declaration of Richard Pearson)(Sigale, David) (Entered: 07/31/2008) |
| 08/01/2008 | 35 | Exhibit G to Memorandum in Support of Plaintiffs' Motion for Summary Judgment by Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. (Sigale, David) (Entered: 08/01/2008) |
| 08/01/2008 | 36 | MINUTE entry before the Honorable Milton I. Shadur:Motion to strike 30 is entered and continued. MOTION for summary judgment 32 is entered and continued; Motion to vacate is entered and continued. NRA Plaintiff's further submission on the motion to vacate is due on or before August 8, 2008. Motion hearing held on 8/1/2008. Motion Hearing set for 8/18/2008 at 09:15 AM.Mailed notice (srn, ) (Entered: 08/01/2008) |
| 08/03/2008 | 37 | ATTORNEY Appearance for proposed Village Of Oak Park by Jacob Henry Karaca (Karaca, Jacob) (Entered: 08/03/2008) |
| 08/06/2008 | 38 | ATTORNEY Appearance for Defendant City of Chicago by Rebecca Alfert (Alfert, Rebecca) (Entered: 08/06/2008) |
| 08/08/2008 | 39 | MOTION by Plaintiffs National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger to vacate order on motion to reassign case,, motion hearing,, set/reset hearings, 27 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(Howard, William) (Entered: 08/08/2008) |
| 08/18/2008 | 40 | MINUTE entry before the Honorable Milton I. Shadur:Motion to strike 30 is denied without prejudice. City of Chicago's Amended Answer is due on or before September 2, 2008.; Motion to vacate is denied.; Status hearing held on 8/18/2008. The September 26, 2008 status date is vacated. Status hearing set for 9/10/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 08/18/2008) |
| 08/18/2008 | | (Court only) ***Motions terminated: MOTION to vacate *and Set Briefing Schedule* 28 (srn, ) (Entered: 08/25/2008) |
| 09/05/2008 | 41 | *Amended* ANSWER to Complaint with Jury Demand by City of Chicago(Alfert, Rebecca) (Entered: 09/05/2008) |
| 09/10/2008 | 42 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 9/10/2008. Status hearing set for 11/10/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 09/10/2008) |

| | | |
|---|---|---|
| 10/21/2008 | 43 | MOTION by Plaintiffs Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc.Narrow Legal Issues Pursuant to FRCivP 16 (Sigale, David) (Entered: 10/21/2008) |
| 10/21/2008 | 44 | NOTICE of Motion by David G. Sigale for presentment of motion for miscellaneous relief 43 before Honorable Milton I. Shadur on 10/28/2008 at 09:15 AM. (Sigale, David) (Entered: 10/21/2008) |
| 11/07/2008 | 45 | MINUTE entry before the Honorable Milton I. Shadur:The November 10 status date is stricken. Status hearing set for 12/4/2008 at 09:00 AMMailed notice (srn, ) (Entered: 11/07/2008) |
| 11/13/2008 | 46 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. This Court will put aside the Postal Service's apparent determination that this Court is a non-person, even though it has been occupying the Room 2388 judicial chambers for years - - instead this memorandum is issued simply to reassure plaintiff's counsel that no violation of court rules is to be placed at his doorstep.Mailed notice (srn, ) (Entered: 11/13/2008) |
| 11/13/2008 | 47 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 11/13/2008:Mailed notice(srn, ) (Entered: 11/13/2008) |
| 12/03/2008 | 48 | MINUTE entry before the Honorable Milton I. Shadur:The December 4, 2008 status date is vacated. This Court will set a new status date after the completion of the trial that it is currently conducting. Mailed notice (srn, ) (Entered: 12/03/2008) |
| 12/04/2008 | 49 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order.MOTION for summary judgment 32 is denied; Motion 43 is denied. Status hearing set for 12/9/2008 at 08:45 AM.Mailed notice (srn, ) (Entered: 12/04/2008) |
| 12/04/2008 | 50 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 12/4/2008:Mailed notice(srn, ) (Entered: 12/04/2008) |
| 12/05/2008 | 51 | NOTICE of appeal by Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. regarding orders 50 Filing fee $ 455, receipt number 07520000000003330512. (Sigale, David) (Entered: 12/05/2008) |
| 12/05/2008 | 52 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 12/05/2008) |
| 12/05/2008 | 53 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 51 . Notified counsel (dj, ) (Entered: 12/05/2008) |
| 12/08/2008 | 54 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 51 ; USCA Case No. 08-4112. (smm) (Entered: 12/09/2008) |
| 12/09/2008 | 55 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 12/9/2008. Counsel is to submit a draft order for consideration. Status hearing |

| | | |
|---|---|---|
| | | set for 12/18/2008 at 08:45 AMMailed notice (srn, ) (Entered: 12/09/2008) |
| 12/18/2008 | 56 | NOTICE of appeal by Illinois State Rifle Association, Otis McDonald, Adam Orlov, Colleen Lawson, David Lawson, Second Amendment Foundation, Inc. regarding orders 49 Filing fee $ 455, receipt number 07520000000003371470. (Sigale, David) (Entered: 12/18/2008) |
| 12/18/2008 | 59 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held. Enter order. This Court hereby grants the contested 12/9/08 oral motion of the City of Chicago, pursuant to Fed.R.Civ.P. 12(c) for judgment on the pleadings on Counts I-V of the complaint. Judgment is hereby entered in favor of the City of Chicago and against Plaintiffs on all counts of the complaint. Civil case terminated. (For further detail see separate order(s).) Mailed notice (smm) (Entered: 12/22/2008) |
| 12/18/2008 | 60 | ORDER Signed by the Honorable Milton I. Shadur on 12/18/2008.(smm) (Entered: 12/22/2008) |
| 12/18/2008 | 61 | ENTERED JUDGMENT. (smm) (Entered: 12/22/2008) |
| 12/19/2008 | 57 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 12/19/2008) |
| 12/19/2008 | 58 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 56 . Notified counsel (dj, ) (Entered: 12/19/2008) |
| 12/19/2008 | 62 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 56 ; USCA Case No. 08-4244. (smm) (Entered: 12/22/2008) |
| 12/30/2008 | 63 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 51 , 56 (USCA no. 08-4112 & 08-4244) consisting of 1 volume of pleadings. (dj, ) (Entered: 12/30/2008) |
| 12/30/2008 | 64 | USCA RECEIVED on 12/30/08 the long record regarding notice of appeal 51 , notice of appeal 56 (dj, ) (Entered: 12/31/2008) |
| 01/07/2009 | 65 | LETTER from the USCA retaining the record on appeal in USCA no. 08-4112 consisting of the record to be returned later. (smm) (Entered: 01/08/2009) |
| 01/07/2009 | 66 | CERTIFIED COPY of MANDATE of USCA dated 1/7/09 regarding notice of appeal 51 ; USCA No. 08-4112. 1. Appellants' agreed F.R.App.P 42(b) motion for voluntary dismissal, filed on 1/6/09, by counsel for the appellants. 2. Motion for extension of time to file response to appellants' memorandum of points and authorities regarding jurisdiction, file on 1/5/09, by counsel for the appellee. It is ordered that this appeal is dismissed, in accordance with Fed.R.App. P. 42(b). It is further ordered that #2 is denied as moot. (smm) (Entered: 01/08/2009) |
| 01/30/2009 | 67 | TRANSCRIPT OF PROCEEDINGS held on Au;gust 18, 2008 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Jesse |

| | | |
|---|---|---|
| **PDF** | | Andrews, 312 435 6899,Jesse_AndrewsILND/07/USCOURTS.GOV.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/20/2009. Redacted Transcript Deadline set for 3/2/2009. Release of Transcript Restriction set for 4/30/2009. (Andrews, Jesse) (Entered: 01/30/2009) |
| 01/30/2009<br><br>**PDF** | 68 | TRANSCRIPT OF PROCEEDINGS held on December 9, 2008 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Jesse Andrews, 312 435 6899,Jesse Andres, 312 435 6899, Jesse_AndrewsILND/07/USCORTS.GOV.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/20/2009. Redacted Transcript Deadline set for 3/2/2009. Release of Transcript Restriction set for 4/30/2009. (Andrews, Jesse) Modified on 1/30/2009 (srn, ). (Entered: 01/30/2009) |
| 01/30/2009<br><br>**PDF** | 69 | TRANSCRIPT OF PROCEEDINGS held on December 18, 2008 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Jesse Andrews, 312 435 6899,Jesse_AndrewsILND/07/USCOURTS.GOV.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/20/2009. Redacted Transcript Deadline set for 3/2/2009. Release of Transcript Restriction set for |

|            |    |                                                                                                                                                              |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 4/30/2009. (Andrews, Jesse) (Entered: 01/30/2009)                                                                                                            |
| 02/04/2009 | 70 | TRANSMITTED to the USCA for the 7th Circuit supplemental record on appeal 56 (USCA no. 08-4244) consisting of three volumes of transcripts. (smm) (Entered: 02/04/2009) |
| 02/04/2009 | 71 | ACKNOWLEGMENT of receipt of supplemental record by USCA no. 08-4244. (smm) (Entered: 02/06/2009)                                                             |
| 06/24/2009 | 73 | LETTER from the Seventh Circuit returning the record on appeal in USCA no. 08-4241, 08-4244, 08-4243 consisting of 3 volumes of pleadings. (smm) (Entered: 06/26/2009) |
| 06/25/2009 | 72 | OPINION from the USCA for the 7th Circuit; Argued 5/26/09; Decided 6/2/09 in USCA case no. 08-4241, 08-4243 & 08-4244. (smm) (Entered: 06/25/2009)           |
| 12/30/2009 | 74 | RECORD for certiorari transmittal form from the Seventh Circuit. (vcf, ) (Entered: 01/04/2010)                                                               |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**