# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

August 25, 2010

BEFORE:   FRANK H. EASTERBROOK, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

| | |
|---|---|
| Nos.: 08-4241, 08-4243 & 08-4244 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO, ILLINOIS and VILLAGE OF OAK PARK, ILLINOIS,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court Nos: 1:08-cv-03697, 1:08-cv-03696 & 1:08-cv-03645<br>Northern District of Illinois, Eastern Division<br>District Judge Milton I. Shadur ||

ON REMAND FROM THE UNITED STATES SUPREME COURT

We **VACATE** the district court's judgments and **REMAND** with instructions to dismiss as moot.  The above is in accordance with the decision of this court entered on this date.  Appellants (McDonald and NRA) recover costs.

form name: **c7_FinalJudgment** (form ID: **132**)