# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## BILL OF COSTS

September 16, 2010

Taxed in Favor of: Appellants in 08-4244 - <u>Colleen Lawson, David Lawson, Otis McDonald,  Adam Orlov and Second Amendment Foundation, Incorporated</u>

| | |
|---|---|
| No.: 08-4241 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
| No.: 08-4243 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>VILLAGE OF OAK PARK,<br>Defendant - Appellee |
| No.: 08-4244 | OTIS MCDONALD, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO, |

|  | Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cv-03697<br>Northern District of Illinois, Eastern Division<br>District Judge Milton I. Shadur ||
| **Originating Case Information:** ||
| District Court No: 1:08-cv-03696<br>Northern District of Illinois, Eastern Division ||

| **Originating Case Information:** |
|---|
| District Court No: 1:08-cv-03645<br>Northern District of Illinois, Eastern Division |

The mandate or agency closing letter issued in this cause on September 16, 2010.

BILL OF COSTS issued in the amount of: $829.26.

|  |  | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding:<br>_____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page:<br>_____ | _____ | _____ |
| 3. | For reproduction of briefs:<br>_____ | $   829.26 | _____ |
| 4. | _____<br>_____ | _____ | _____ |
|  |  | TOTAL: | $   829.26 |