# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## BILL OF COSTS

September 16, 2010

Taxed in Favor of: Appellant in 08-4243 - <u>National Rifle Association of America, Incorporated</u>

| No.: 08-4241 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> CITY OF CHICAGO, <br> Defendant - Appellee |
|---|---|

| No.: 08-4243 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> VILLAGE OF OAK PARK, <br> Defendant - Appellee |
|---|---|
| No.: 08-4244 | OTIS MCDONALD, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> CITY OF CHICAGO, |

| | Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:08-cv-03697<br>Northern District of Illinois, Eastern Division<br>District Judge Milton I. Shadur | |
| **Originating Case Information:** | |
| District Court No: 1:08-cv-03696<br>Northern District of Illinois, Eastern Division | |

| |
|---|
| **Originating Case Information:** |
| District Court No: 1:08-cv-03645<br>Northern District of Illinois, Eastern Division |

The mandate or agency closing letter issued in this cause on September 16, 2010.

BILL OF COSTS issued in the amount of: $450.00.

| | | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: _____ | $    450.00 | _____ |
| 4. | _____ _____ | _____ | _____ |

TOTAL:     $     450.00