# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 30, 2010

Clerk
United States Court of Appeals
   for the Seventh Circuit
219 South Dearborn Street
Chicago, Illinois  60604

      Re:    Otis McDonald, et al.
             v.    City of Chicago, Illinois, et al.
            No.  08-1521  (Your docket Nos. 08-4241, 08-4243, 08-4244)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                                  Sincerely,

                                  WILLIAM K. SUTER, Clerk

                                By *[signature]*

                                Elizabeth Brown
                                Judgments/Mandates Clerk

Enc.
cc:     All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 30, 2010

Mr. Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314

Re: Otis McDonald, et al.
v. City of Chicago, Illinois, et al.
No. 08-1521

Dear Mr. Gura:

A certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Seventh Circuit today.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | **$2,252.70** |
| **Clerk's costs:** | 300.00 |
| **Total:** | **$2,552.70** |

This amount may be collected from the respondents.

Sincerely,

WILLIAM K. SUTER, Clerk

By *Elizabeth Brown*

Elizabeth Brown
Judgments/Mandates Clerk

cc: All counsel of record
Clerk, USCA for the Seventh Circuit
(Your docket Nos. 08-4241, 08-4243, 08-4244)

# Supreme Court of the United States

*No.* 08-1521

**OTIS McDONALD, ET AL.,**

Petitioners

v.

**CITY OF CHICAGO, ILLINOIS, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Seventh Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF,** it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Seventh Circuit for further proceedings.

**IT IS FURTHER ORDERED** that the petitioners Otis McDonald, et al. recover from City of Chicago, Illinois, et al. Two Thousand Five Hundred Fifty-two Dollars and Seventy Cents ($2,552.70) for costs herein expended.

June 28, 2010

| | |
|---|---|
| **Printing of record:** | $2,252.70 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $2,552.70 |



A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By: