IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OTIS McDONALD, et al., | ) | Case No. 08-C-3645 |
| | ) | |
| Plaintiffs, | ) | PLAINTIFFS' UNOPPOSED MOTION FOR |
| | ) | ATTORNEY FEES AND COSTS |
| v. | ) | [42 U.S.C. § 1988] |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFFS' UNOPPOSED MOTION
FOR ATTORNEY FEES AND COSTS [42 U.S.C. § 1988]

NOW COME the Plaintiffs, OTIS McDONALD, ADAM ORLOV, COLLEEN LAWSON, DAVID LAWSON, SECOND AMENDMENT FOUNDATION, INC. and ILLINOIS STATE RIFLE ASSOCIATION, by and through LAW FIRM OF DAVID G. SIGALE, P.C. and GURA & POSSESSKY, PLLC, their attorneys, and, pursuant to 42 U.S.C. § 1988 and Local Rule 54.3 move this honorable Court for recovery of their of attorney's fees and costs. This motion is made upon the attached memorandum in support of said motion, the attached Joint Statement, the Court's file, and any other matter deemed relevant to the determination of the motion.

Counsel have met and conferred regarding this motion and understand that it will not be opposed by Defendant.

WHEREFORE, Plaintiffs respectfully request that the motion be granted, and that they be awarded fees and costs in the sum of $399,950.00 as set forth in the Rule 54.3 Joint Statement.

Dated: September 19, 2011　　　　　　　　Respectfully submitted,

Alan Gura (admitted pro hac vice)　　　　　David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC　　　　　　　　　Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405　　　　　739 Roosevelt Road, Suite 304
Alexandria, VA 22314　　　　　　　　　　Glen Ellyn, IL 60137
703.835.9085/Fax 703.997.7665　　　　　　630.452.4547/Fax 630.596.4445

By: /s/ Alan Gura/　　　　　　　　　　　By: /s/ David G. Sigale/
　　Alan Gura　　　　　　　　　　　　　　　David G. Sigale


　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 19, 2011, he served a copy of the foregoing, and this certificate of service, on:

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
City of Chicago Department of Law
Constitutional and Commercial Litigation Division 30 N.
LaSalle Street, Suite 1230
Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF). Pursuant to FRCP 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/David G. Sigale
David G. Sigale