# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OTIS McDONALD, et al., | ) Case No. 08-C-3645 |
| | ) |
| Plaintiffs, | ) JOINT STATEMENT |
| | ) [Local Rule 54.3(e)] |
| v. | ) |
| | ) |
| CITY OF CHICAGO, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATEMENT [LOCAL RULE 54.3(e)]

Pursuant to Local Rule 54.3(e)(1) and (2), the parties submit the following:

| Atty | Hours | Rate | Total |
|---|---|---|---|
| Alan Gura | 580.2 | 539 | 312,727.80 |
| David Sigale | 235.1 | 300 | 70,530.00 |
| Laura Possessky | 15.8 | 539 | 8,516.20 |
| | | Attorney Fees: | 391,774.00 |
| | | Costs: | 8,176.00 |
| | | Total § 1988 Recovery | $399,950.00 |

Pursuant to Local Rule 54.3(e)(3), no disputes remain.

Pursuant to Local Rule 54.3(e)(4), the Defendant will not further appeal the underlying judgment upon which the motion for fees and expenses is based.

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 19, 2011, he served a copy of the foregoing, and this certificate of service, on:

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
City of Chicago Department of Law
Constitutional and Commercial Litigation Division 30 N.
LaSalle Street, Suite 1230
Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF). Pursuant to FRCP 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                /s/David G. Sigale
                David G. Sigale