# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3645 | **DATE** | 9/22/2011 |
| **CASE TITLE** | Otis McDonald vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Enter Order. Plaintiff's total Section 1988 recovery is $399,950.00.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|